**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 21-04613 | CED | Judge: | Caryl E. Delano | Trustee Name: | Richard M. Dauval |
|---|---|---|---|---|---|---|
| Case Name: | 3rd Rock Holdings, Inc. | | | | Date Filed (f) or Converted (c): | 10/27/2021 (c) |
| | | | | | 341(a) Meeting Date: | 12/01/2021 |
| For Period Ending: | 09/30/2022 | | | | Claims Bar Date: | 01/05/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Achieva Credit Union #70750 Checking 0750 | 10.00 | 10.00 | | 0.00 | 0.00 |
| 2. Achieva Credit Union #70849 Saving 0849 | 1.00 | 1.00 | | 0.00 | 0.00 |
| 3. Desk, chair, refrigerator and portable a/c unit (located in the mobile trailer) | 1,600.00 | 1,600.00 | | 0.00 | 0.00 |
| 4. 2008 Dragon Trailer #4272; 2008 Ford F450 #8495; 2016 Ford F250 #1130; 2 - 2012 Fortitude Tank Trailers #8007,#8004; 2008 Dragon Tank Trailer #4268; 2018 Tyler 16' Pressure Washer #7435; 4 - 2014 International Prostar Trucks #5477, #5332, #5325, #5359; 201 | 1,200,000.00 | 0.00 | | 0.00 | 0.00 |
| 5. Mobile office trailer | 8,500.00 | 8,500.00 | | 0.00 | 0.00 |
| 6. 2020 Pursuit 408 S | 515,000.00 | 152,000.00 | | 600,000.00 | FA |
| 7. 2018 Sea Doo | 6,000.00 | 6,000.00 | | 8,125.00 | FA |
| 8. 2019 Sea Doo | 7,000.00 | 7,000.00 | | 8,125.00 | FA |
| 9. 10 Acres of undeveloped land located in Reeves County Texas Property ID R000025339 | 9,040.00 | 9,040.00 | | 0.00 | 9,040.00 |
| 10. 5 Acres of undeveloped land located in Reeves County Texas Property ID R000025634 | 6,250.00 | 6,250.00 | | 0.00 | 6,250.00 |
| 11. 5 Acres of undeveloped land Property ID R000032654 | 6,250.00 | 6,250.00 | | 0.00 | 6,250.00 |
| 12. Potential breach of contact claim against Kevin King in connection with the 2020 Pursuit 408S Breach of Contract $0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13. Potential cause of action against By and By Lending, LLC in connection with repossession of the 2020 Pursuit 408S cause of action $0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14. Cause of action against Mary Amos-King for embezzelment, theft and replevin $0.00 | 1,100,000.00 | 1,100,000.00 | | 0.00 | 1,100,000.00 |
| 15. Personal property purchased by Holdings that in possession of Mary King which is part of the replevin action listed in the statement of financial affairs | 0.00 | 0.00 | | 0.00 | 0.00 |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,859,651.00 | $1,296,651.00 | $616,250.00 | $1,121,540.00 |

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

met with counsel for the Trustee to discuss upcoming motion to dismiss hearing on AP with Mary Amos King - Richard Dauval 10/19/2022
deposit sale proceeds and file report of sale - Richard Dauval 10/3/2022
error caught on closing documents, rev/ newly issued closing documents and rev/ and execute closing documents on TX land - Richard Dauval 9/13/2022
upload proposed order granting motion to sell TX land - Richard Dauval 9/7/2022
file motion to sell TX land - Richard Dauval 8/5/2022
hired realtor for TX land listing - Richard Dauval 6/21/2022
met with counsel on prosecuting Chapter 5 claims - Richard Dauval 5/11/2022
sale proceeds in from the sale of jet skis - Richard Dauval 4/18/2022
established escrow account, confirmed it will not be taxed with fees, transferred funds to the escrow account as per court order - Richard Dauval 3/24/2022
call with marina, closed on sale of Pursuit, deposit net proceeds - Richard Dauval 3/18/2022
filed motion to sell Sea Doos and trailer - Richard Dauval 2/8/2022
file Motion to Sell Pursuit - Richard Dauval 1/11/2022
calls and emails with new broker and insurance agent to bind coverage - Richard Dauval 11/11/2021
site visit to see Pursuit, calls for photos of of jet skis, upload same. Email to Quality Boats for listing agreement and insurance; filed objection to motion to lift the stay re: Pursuit - Richard Dauval 11/4/2021
calls with prospective buyers of the Pursuit, and skis. Call with Ch5 Trustee - Richard Dauval 11/2/2021
Call with DA, summary of facts possible employment as Special Counsel. Rev/ Motion to Lift Stay, draft and file response - Richard Dauval 10/29/2021
2020 408S Pursuit PURC1099F920
2018 Seadoo GTX Limited 300 HIN-YDV21768E8182019 Seadoo GTX Limited 300 HIN-YDV22203D919
20 Acres in Texas (10, 5, 5)
Cause of Action against Hellwig (fraudulent transfer) - file claim in personal BK
Cause of Action against Amos-King (conversion / fraudulent transfer / HAVOCO)
Cause of Action against By and By Lending, LLC or Quality Boats (wrongful repossession)
Cause of Action against Commercial Credit Group (tortious interference with contract)

Initial Projected Date of Final Report (TFR): 12/15/2022     Current Projected Date of Final Report (TFR): 12/15/2023

Trustee Signature:    /s/ Richard M. Dauval     Date: 10/24/2022

Richard M. Dauval
PO Box 7929
St. Petersburg, FL 33704
(727)327-3328
rdauval@leavenlaw.com

FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 21-04613 | Trustee Name: Richard M. Dauval |
| Case Name: | 3rd Rock Holdings, Inc. | Bank Name: Axos Bank |
| | | Account Number/CD#: XXXXXX3506 |
| | | Checking |
| Taxpayer ID No: | XX-XXX2255 | Blanket Bond (per case limit): $35,756,000.00 |
| For Period Ending: | 09/30/2022 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/18/22 | | Fillingham Yacht Sales | sale proceeds from sale of interest in boat per Court Order Dkt. No. 94, entered on 2/16/2022 | | $167,495.59 | | $167,495.59 |
| | | | Gross Receipts  $600,000.00 | | | | |
| | | Fillingham Yacht Sales | Broker Commission per Court Order Dkt. No. 94, entered on 2/16/2022  ($60,000.00) | 3991-000 | | | |
| | | By and By Lending, LLC | Payoff of Boat Mortgage per Court Order Dkt. No. 94, entered on 2/16/2022  ($372,504.41) | 4210-000 | | | |
| | 6 | | 2020 Pursuit 408 S  $600,000.00 | 1129-000 | | | |
| 03/24/22 | | Transfer to Acct # xxxxxx3761 | Transfer of Funds pursuant to Court Order Dkt. No. 94 | 9999-000 | | $18,008.55 | $149,487.04 |
| 04/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.52 | $149,403.52 |
| 04/18/22 | | Monte Pollard | sale proceeds from sale of interest in jet skis and trailer Wave Runners sold pursuant to court order entered on March 7, 2022 at Dkt. No. 100 | | $12,478.25 | | $161,881.77 |
| | | | Gross Receipts  $16,250.00 | | | | |
| | | Aqua Fire Marine | Storage Fees paid pursuant to court order entered on March 7, 2022 at Dkt. No. 100  ($3,771.75) | 4220-000 | | | |
| | 7 | | 2018 Sea Doo  $8,125.00 | 1129-000 | | | |
| | 8 | | 2019 Sea Doo  $8,125.00 | 1129-000 | | | |
| 05/02/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $165.41 | $161,716.36 |
| 06/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $178.56 | $161,537.80 |

Page Subtotals: $179,973.84   $18,436.04

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 21-04613 | Trustee Name: | Richard M. Dauval |
|---|---|---|---|
| Case Name: | 3rd Rock Holdings, Inc. | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX3506 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2255 | Blanket Bond (per case limit): | $35,756,000.00 |
| For Period Ending: | 09/30/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $172.60 | $161,365.20 |
| 08/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $178.16 | $161,187.04 |
| 09/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $177.97 | $161,009.07 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $179,973.84 | $18,964.77 |
| Less: Bank Transfers/CD's | $0.00 | $18,008.55 |
| Subtotal | $179,973.84 | $956.22 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $179,973.84 | $956.22 |

Page Subtotals: $0.00   $528.73

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 21-04613 | Trustee Name: Richard M. Dauval |
| Case Name: 3rd Rock Holdings, Inc. | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX3761 |
| | Checking |
| Taxpayer ID No: XX-XXX2255 | Blanket Bond (per case limit): $35,756,000.00 |
| For Period Ending: 09/30/2022 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/24/22 | | Transfer from Acct # xxxxxx3506 | Transfer of Funds pursuant to Court Order Dkt. No. 94 | 9999-000 | $18,008.55 | | $18,008.55 |
| 04/19/22 | 2001 | Epperson & Rich, PLLC Trust Account c/o Joel R. Epperson, Esq. 8401 JR Manor Drive, Suite 100 Tampa, FL 33634 | Creditors Attorney's Fees and Costs Paid pursuant to Court Order entered on 4/14/2022 at Dkt. No. 103 | 4210-000 | | $18,008.55 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $18,008.55 | $18,008.55 |
| Less: Bank Transfers/CD's | $18,008.55 | $0.00 |
| Subtotal | $0.00 | $18,008.55 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $18,008.55 |

|  |  |  |
|---|---:|---:|
| Page Subtotals: | $18,008.55 | $18,008.55 |

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX3506 - Checking | $179,973.84 | $956.22 | $161,009.07 |
| XXXXXX3761 - Checking | $0.00 | $18,008.55 | $0.00 |
|  | $179,973.84 | $18,964.77 | $161,009.07 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $436,276.16 |
| Total Net Deposits: | $179,973.84 |
| Total Gross Receipts: | $616,250.00 |

Trustee Signature:    /s/ Richard M. Dauval    Date: 10/24/2022

Richard M. Dauval
PO Box 7929
St. Petersburg, FL 33704
(727)327-3328
rdauval@leavenlaw.com

Page Subtotals:    $0.00    $0.00